# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV. NO. 11-00029 SOM-BMK |
| CASE NAME: | Wilfreda Balagso and Virgilio Balagso, Jr. v. Aurora Loan Services, LLC., et al. |
| ATTYS FOR PLA: | Wilfreda Balagso (pro se)<br>Virgilio Balagso, Jr. (pro se) |
| ATTYS FOR DEFT: | Stephanie E.W. Thompson |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C7 no record |
| DATE: | 4/25/2011 | TIME: | 9:30-9:42 a.m. |

COURT ACTION:  EP:

Triage Conference held.

Rule 16 Scheduling Conference held.  Court to prepare scheduling order.

1. Jury trial on November 15, 2011 at 9:00 a.m. before SOM
2. Final Pretrial Conference on October 4, 2011 at 9:00 a.m. before BMK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by September 27, 2011
5. 
6. File other Non-Dispositive Motions by August 17, 2011
7. File Dispositive Motions by June 15, 2011
8a. File Motions in Limine by October 25, 2011
8b. File opposition memo to a Motion in Limine by November 1, 2011
11a. Plaintiff's Expert Witness Disclosures by May 16, 2011
11b. Defendant's Expert Witness Disclosures by June 15, 2011
12. Discovery deadline September 16, 2011
13. Settlement Conference set for September 2, 2011 at 1:30 p.m. before BMK
14. Settlement Conference statements by August 26, 2011
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by November 1, 2011
21. File Final witness list by October 25, 2011
24. Exchange Exhibit and Demonstrative aids by October 18, 2011
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by October 25,

      2011
26.    File objections to the Exhibits by November 1, 2011
28a.   File Deposition Excerpt Designations by October 25, 2011
28b.   File Deposition Counter Designations and Objections by November 1, 2011
29.    File Trial Brief by November 1, 2011
30.    File Findings of Fact & Conclusions of Law by N/A

Other Matters: None.

cc: Tammy Kimura.

Submitted by kur2, law clerk.