AGARD & KAIAMA
KEONI K. AGARD
DEXTER K. KAIAMA
Seven Waterfront Plaza, Ste.400
500 Ala Moana Blvd.
Honolulu, Hawaii 96813

Attorneys for Plaintiffs
WILFREDA BALAGSO,
VIRGILIO BALAGSO, JR.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILFREDA BALAGSO and VIRGILIO BALAGSO, JR.<br><br>    Plaintiffs,<br><br>vs.<br><br>AURORA LOAN SERVICES, LLC, BNC MORTGAGE INC., DANA CAPITAL GROUP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,<br><br>    Defendants. | CIVIL NO. 11-00029 SOM/BMK<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT
PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff WILFREDA BALAGSO and Plaintiff VIRGILIO BALAGSO, JR., (hereinafter referred to as "Plaintiffs"), by and through their undersigned counsel, hereby gives notice that the above-entitled action is voluntarily dismissed, without prejudice, as to all Defendants in this action.

DATED: Honolulu, Hawaii, October 4, 2011.

/s/Keoni K. Agard

_____
KEONI K. AGARD
DEXTER K. KAIAMA
Attorneys for Plaintiffs
WILFREDA BALAGSO,
VIRGILIO BALAGSO, JR.

balog.n.dismiss